THE HONORABLE THOMAS S. ZILLY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| TODD RAY JONES,<br><br>                             Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision; The KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, a department of KING COUNTY; KING COUNTY CORRECTIONAL FACILITY – SEATTLE, a department of the KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION and KING COUNTY; King County Corrections Officer KENNETH GRANT, in his individual and official capacity, and KENNETH and JANE DOE GRANT, husband and wife and the marital community comprised thereof; King County Corrections Officer TROY ELERICK, in his individual and official capacity, and TROY and JANE DOE ELERICK, husband and wife and the marital community comprised thereof; King County Corrections Officer KEVIN OLSON, in his individual and official capacity, and KEVIN and JANE DOE OLSON, husband and wife and the marital community comprised thereof; King County Corrections Sergeant GRADY CONNER, in his individual and official capacity, and GRADY and JANE DOE CONNER, | NO.  2:22-cv-00572-TSZ<br><br>**MOTION AND ORDER FOR SUBSTITUTION** |

MOTION AND ORDER FOR SUBSTITUTION - 1



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

1  husband and wife and the marital community comprised thereof; King County Corrections Major TODD CLARK, in his individual and official capacity, and TODD and JANE DOE CLARK, husband and wife and the marital community comprised thereof; and King County Corrections Captain BARCLAY PIERSON, in his individual and official capacity, and BARCLAY and JANE DOE PIERSON, husband and wife and the marital community comprised thereof,

Defendants.

## I.   MOTION

COMES NOW, Plaintiff Todd Ray Jones, by and through his undersigned counsel, to respectfully move this Court for an order substituting "Darla Jean Stallings as Administrator of The Estate of Todd Ray Jones" for Plaintiff in this matter, Todd Ray Jones, who is now deceased.

Ms. Darla Jean Stallings ("Ms. Stallings"), Administrator of the Estate of Todd Ray Jones, shows to the Court that:

1. Todd Ray Jones, the Plaintiff in this action, died intestate on September 16, 2022.

2. Letters of Administration were issued to Ms. Stallings, as Administrator of the Estate of Todd Ray Jones, by Superior Court of the State of Washington, in and for the County of King, Cause No. 22-4-08284-1 SEA, on December 14, 2022.

3. Darla Jean Stallings is duly qualified and is now acting as Administrator of the Estate of Todd Ray Jones and is now the representative of Todd Ray Jones, the now-deceased Plaintiff.

4. This action is not extinguished by the death of Todd Ray Jones, Plaintiff; and

5. No party herein filed and/or served a suggestion of death. *See* Fed. R. Civ. P. Rule 25.

//

MOTION AND ORDER FOR SUBSTITUTION - 2

DATED this 18th day of January 2023.

          TOMLINSON BOMSZTYK RUSS

By: *AM*
Blair M. Russ, WSBA #40374
Anthony S. Marinella, WSBA #55611
Attorney for Plaintiff
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
bmr@tbr-law.com
tsm@tbr-law.com

## II.     ORDER

Consistent with the motion set forth above, and pursuant to Fed. R. Civ. P. 25, it is ordered that Darla Jean Stallings, as Administrator of The Estate of Todd Ray Jones, be and is substituted as a party-plaintiff in the place and stead of Plaintiff, Todd Ray Jones, deceased.

Based on the foregoing, IT IS SO ORDERED.

Dated this 6th day of February, 2023.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

*Presented by:*
TOMLINSON BOMSZTYK RUSS

By: *AM*
Blair M. Russ, WSBA #40374
Anthony S. Marinella, WSBA #55611
Attorneys for Plaintiff