UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD RAY JONES,

        Plaintiff,

  v.

KING COUNTY, et al.,

        Defendants.

C22-0572 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial and related dates, docket no. 30, is GRANTED as follows:

| | |
|---|---|
| **JURY TRIAL** set for  **9:00 AM** on | **April 8, 2024** |
| Deadline to amend pleadings | September 18, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 18, 2023 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | November 9, 2023 |
| Discovery completed by | December 18, 2023 |
| Dispositive Motions must be filed by and noted on the motions calendar no later | January 18, 2024 |

MINUTE ORDER - 1

|  |  |
|---|---|
| than the fourth Friday thereafter (see LCR 7(d)) | |
| Motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | January 25, 2024 |
| Motions in Limine due by and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | March 7, 2024 |
| Pretrial Order due[1] by | March 22, 2024 |
| Trial Briefs to be submitted by | March 22, 2024 |
| Proposed Voir Dire/Jury Instructions due by | March 22, 2024 |
| Pretrial Conference set for **10:00 AM on** | March 29, 2024 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at laurie_cuaresma@wawd.uscourts.gov or (206) 370−8521, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on July 5, 2022, docket no. 19.

MINUTE ORDER - 2

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2023.

Ravi Subramanian<br>
Clerk

s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 3