The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD RAY JONES, an individual,<br><br>                      Plaintiff,<br><br>vs.<br><br>KING COUNTY, a political subdivision; The KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, a department of KING COUNTY; KING COUNTY CORRECTIONAL FACILITY – SEATTLE, a department of the KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION and KING COUNTY; King County Corrections Officer KENNETH GRANT, in his individual and official capacity, and KENNETH and JANE DOE GRANT, husband and wife and the marital community comprised thereof; King County Corrections Officer TROY ELERICK, in his individual and official capacity, and TROY and JANE DOE ELERICK, husband and wife and the marital community comprised thereof; King County Corrections Officer KEVIN OLSON, in his individual and official capacity, and KEVIN and JANE DOE OLSON, husband and wife and the marital community comprised thereof; King County Corrections Sergeant GRADY CONNER, in his individual and official capacity, and GRADY and JANE DOE CONNER, husband and wife and the marital community comprised thereof; King County Corrections Major TODD CLARK, in his individual and official capacity, and TODD and JANE DOE CLARK, husband and wife and the marital community comprised thereof; and | No. 2:22-cv-00572-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS KENNETH GRANT, TROY ELERICK, KEVIN OLSON, GRADY CONNER, BARCLAY PIERSON, AND TODD CLARK ONLY |

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS KENNETH GRANT, TROY ELERICK, KEVIN OLSON, GRADY CONNER, BARCLAY PIERSON, AND TODD CLARK ONLY - 1 [2:22-cv-00572-TSZ]

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 | Fax (206) 296-0191

| | |
|---|---|
| 1 | King County Corrections Captain BARCLAY ) |
| 2 | PIERSON, in his individual and official capacity, ) and BARCLAY and JANE DOE PIERSON, ) |
| 3 | husband and wife and the marital community ) comprised thereof, ) |
|   |                                            Defendants. ) |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs and defendants, parties to the above-entitled action, that this case be dismissed with prejudice as to defendants, Kenneth Grant, Troy Elerick, Kevin Olson, Grady Conner, Barclay Pierson, and Todd Clark *only*, without costs or attorney's fees. Defendants King County, King County Department of Adult and Juvenile Detention, King County Correctional Facility – Seattle remain as named defendants.

DATED this 8th day of August, 2023.

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/ Michelle C. Gregoire*
MICHELLE C. GREGOIRE, WSBA #46467
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
michelle.gregoire@kingcounty.gov
Attorneys for King County Defendants

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS KENNETH GRANT, TROY ELERICK, KEVIN OLSON, GRADY CONNER, BARCLAY PIERSON, AND TODD CLARK ONLY - 2 [2:22-cv-00572-TSZ]

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 | Fax (206) 296-0191

1  TOMLINSON BOMSZTYK RUSS

2

3  By: *s/ Blair Russ*
BLAIR M. RUSS, WSBA #40374
1000 Second Avenue, Suite 3600
4  Seattle, WA 98104
(206) 621-1871
5  bmr@tbr-law.com
*Attorney for Plaintiff*

6

7

8  **ORDER**

9  THIS MATTER having come on regularly for hearing upon the foregoing stipulation of

10  the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

11  ORDERED, ADJUDGED and DECREED that defendants Kenneth Grant, Troy Elerick, Kevin

12  Olson, Grady Conner, Barclay Pierson, and Todd Clark are hereby DISMISSED WITH

13  PREJUDICE from this matter, without costs or attorney's fees.

14  DONE IN OPEN COURT this 8th day of August, 2023.

15

16

17  _____
Thomas S. Zilly
18  United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANTS KENNETH GRANT, TROY ELERICK,
KEVIN OLSON, GRADY CONNER, BARCLAY PIERSON,
AND TODD CLARK ONLY - 3 [2:22-cv-00572-TSZ]

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, WA 98104
(206) 477-1120 | Fax (206) 296-0191